FILED
2013 Oct-30 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MICHAEL AVERY, et al., | }<br>}<br>} |
| Plaintiffs, | }<br>} CIVIL ACTION NO. |
| v. | }<br>} 2:11-cv-02870-WMA |
| COBRA ENTERPRISES OF UTAH, INC., | }<br>}<br>} |
| Defendant. | }<br>}<br>} |

## ORDER

The court having been informed that the parties in the above-entitled action have settled and compromised all issues between them, the action is hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own respective costs.

If within 14 days the parties present any stipulation varying the terms of the foregoing, the terms of the stipulation will be substituted for this order.

DONE this 30th day of October, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE